UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VICTOR MALDONADO SANGUINO, A# 244 588 577, <br><br> Petitioner, <br><br> v. <br><br> ICE, ET AL., <br><br> Respondents. | § § § § § § § § § § § § § <br><br> NO. SA-26-CV-01183-JKP |

**SHOW CAUSE ORDER**

Before the Court is a purported 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed *pro se* Petitioner Victor Maldonado Sanguino, an immigration detainee. (ECF No. 1). Upon review, the Court's finds the Petition deficient. Accordingly, Sanguino is ordered to show cause why the Petition should not be dismissed by filing an amended petition resolving the deficiencies described below.

The form used by Sanguino is the wrong form. (*Id.*). He used a form for challenging criminal convictions pursuant to 28 U.S.C. § 2254. (*Id.*). He should have used a 28 U.S.C. § 2241 form to challenge his detention by immigration authorities. Moreover, he included only seven (7) of the form's sixteen (16) pages. Even if the Court were to interpret the form used as viable under § 2241, the form is devoid of substance other than the following:

> **(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?** guilty Illegal Crossing to U.SA. Not guilty of Committed any violations in USA
>
> **GROUND ONE:** ICE Detention violates Rights granted by U.S.A Constitution & laws.
> **(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):** I hold work permit, Social Security, Driver Licenses, No Criminal Records.

(*Id.*). The Petition lacks any information regarding: (1) Sanguino's initial or subsequent detention by immigration authorities; or (2) information concerning past immigration proceedings or orders that have been rendered. (*Id.*). Moreover, Sanguino fails to request any relief. (*Id.*). Finally, the Petition is neither signed nor dated. (*Id.*).

Accordingly, the Court finds the Petition deficient. Sanguino must file an amended petition stating proper grounds for relief that are supported by sufficient underlying facts. He must also include a proper request for relief. Additionally, any amended petition must be signed and dated. The Clerk of Court will provide Sanguino with the proper § 2241 form along with this Order.

**IT IS THEREFORE ORDERED** that **on or before March 30, 2026,** Sanguino must show cause why his Petition should not be dismissed by filing an amended petition correcting the deficiencies pointed out in this Show Cause Order.

**If Sanguino fails to comply with this Order, the Petition may be dismissed without prejudice by this Court without further notice for want or prosecution and failure to comply with this Court's Order.** *See* **FED. R. CIV. P. 41(b).**

The Clerk of Court is directed to provide Sanguino with a § 2241 immigration habeas form.

It is so **ORDERED**.

SIGNED this 27th day of February, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE